Dennis E. LYNCH and one, respondents, v. NEW YORK CENTRAL AND HUDSON RIVER R. CO., appellants. (Supreme Court, Appellate Division, Fourth Department.

January 12, 1916.) Judgment and order (89 Misc. Rep. 472, 153 N. Y. Supp. 633) affirmed with costs. All concur, except Foote, J., who dissents upon the ground that the court erred in charging the jury in effect that they might find the shipments were diverted and in refusing to charge as matter of law that there was no diversion.

